**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5, | : : : : : | No. 314 EAL 2018 Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : : : : : | |
| v. | : : : : | |
| ANTHONY S. O'QUINN, | : : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 4th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.